UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2020 FEB -7 AM 8: 52

CLERK J. Hodge
SO. DIST. OF GA.

| UNITED STATES | |
|---|---|
| V. | Case No.: 1:20-mj-007 |
| MICHAEL PEYTON GUNN | **Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Special Assistant United States Attorney, and moves the Court to **SEAL** the criminal complaint, this Motion, and all other related papers in the above-captioned case, showing the Court as follows:

1)   On or about this date, a criminal complaint as captioned above was issued.

2)   Publication of the criminal complaint and related papers could compromise this on-going investigation.

Respectfully submitted this 6th day of February 2020.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4532
tara.lyons@usdoj.gov