UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES<br><br>V.<br><br>MICHAEL PEYTON GUNN | Case No.: 1:20-mj-007<br><br>**Filed Under Seal** |

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the criminal complaint and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 6th day of February 2020.

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia