FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 FEB 11 PM 3: 14

CLERK M. Alexis
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO: 1:20-mj-0007 |
| | ) |
| MICHAEL PEYTON GUNN | ) |
| | ) |
| | ) |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the arrest warrant, criminal complaint and search warrant, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The search warrant, criminal complaint and arrest warrant issued in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 11th day of February 2020.

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA