UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PEYTON GUNN | Case No.: 1:20-MJ-0007 |

### GOVERNMENT'S MOTION TO WITHDRAW GOVERNMENT'S MOTION TO RESTRICT DEFENDANT'S CONTACT WITH WITNESSES

COMES NOW, the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and the Government withdraws its Motion to Restrict Defendant's Contact With Mrs. Gunn, reserving the right to renew the Motion at a later date, if necessary.

On February 6, 2020, this Court authorized issuance of a Criminal Complaint and Arrest Warrant charging Michael Peyton Gunn with violating Title 18 U.S.C. § 2251(b) (production of child pornography by a parent or guardian).  (Doc.No. 3).  The criminal complaint alleges that while residing in Columbia County between January 2018 and November 2019, Gunn produced images of child pornography of the minor victim. (Id.) On February 11, 2020, with counsel present, the defendant waived his right to a detention hearing and at this time remains in custody in Lincoln County, Georgia.  At the February 11, 2020, hearing, the Government requested that the Court order Gunn not to have contact with the minor victim and Gunn's wife.  With counsel present, Gunn

consented to no contact with the minor victim. However, Gunn objected to the request as it related to his wife. The Court ordered that Counsel file any arguments on this issue by February 13, 2020.

On February 13, 2020, the Government met with Mrs. Gunn who has agreed that she will have no contact with Mr. Gunn. For this reason, the Government withdraws its pending motion to restrict contact with Mrs. Gunn.

Respectfully submitted this 13th day of February 2020.

> BOBBY L. CHRISTINE
> UNITED STATES ATTORNEY
>
> ***s/ Tara M. Lyons***
> Tara M. Lyons
> Assistant United States Attorney
> South Carolina Bar No. 16573
> United States Attorney's Office
> Southern District of Georgia
> Post Office Box 2017
> Augusta, Georgia 30903
> T: (706) 826-4532
> tara.lyons@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CASE NO.: 1:20-MJ-0007** |
| ) | |
| **MICHAEL PEYTON GUNN** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **GOVERNMENT'S MOTION TO WITHDRAW GOVERNMENT'S MOTION TO RESTRICT DEFENDANT'S CONTACT WITH WITNESSES** on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of February 2020.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/ Tara M. Lyons*
Tara M. Lyons
South Carolina Bar No. 16573
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
T: (706) 826-4532
tara.lyons@usdoj.gov