IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 120-007 |
| | ) | |
| MICHAEL PEYTON GUNN | ) | |

**O R D E R**

At the February 11, 2020 hearing, the government requested a court order prohibiting Defendant from communicating with his wife and the alleged minor victim. Defendant consented with respect to the alleged minor victim but objected with respect to his wife. Thus, the Court (1) imposed the condition to which Defendant consented with respect to the alleged minor victim, (2) directed Defendant and the government to brief their respective positions as to the requested prohibition on communications with Defendant's wife on or before February 13, 2020, and (3) ordered that Defendant and his wife have no communication until the Court made its final ruling on the no-contact request. (Doc. no. 21.)

Defendant filed his opposition to the no-contact request on February 12, 2020. (Doc. no. 23.) On February 13th, the government filed a motion to withdraw its request because the wife has agreed not to have any contact with Defendant. Therefore, the Court **GRANTS** the government's motion to withdraw the request for a no-contact order with respect to Defendant's wife. (Doc. no. 24.) Further, the Court lifts its restriction on contact between Defendant and his wife imposed in the February 11th Order. (Doc. no. 21.) The restriction

on communication with the alleged minor victim to which Defendant consented shall remain in full force and effect.

SO ORDERED this 14th day of February, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA